**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7686**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DARRELL DORIAN MIGGINS, a/k/a Darrell Miggins,

              Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   Norman K. Moon,
District Judge.  (3:00-cr-00014-nkm-2)

Submitted:  March 23, 2009          Decided:  April 22, 2009

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrell Dorian Miggins, Appellant Pro Se.   Ronald Mitchell
Huber, Assistant United States Attorney, Charlottesville,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Dorian Miggins appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Miggins</u>, No. 3:00-cr-00014-nkm-2 (W.D. Va. Aug. 4, 2008). We deny Miggins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>